600

tioner. *Messrs. William E. Leahy, Chas. S. Baker, Seth W. Richardson,* and *John E. Laskey* for respondents.

No. 378. BRITISH-AMERICAN TOBACCO Co. *v.* FEDERAL RESERVE BANK OF NEW YORK. October 23, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Joseph M. Hartfield* and *Roy H. Callahan* for petitioner. *Messrs. Walter S. Logan, Dean G. Acheson,* and *Charles A. Horsky* for respondent.

No. 408. DEAN *v.* UNITED STATES. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Harry Dean, pro se.* No appearance for the United States.

No. 434. QUEEN *v.* UNITED STATES. November 6, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Chas. G. Lee, Jr.,* for petitioner. No appearance for the United States.

No. 286. PARMELE *v.* OHIO. November 6, 1939. The motion for leave to proceed on a typewritten record is granted. The motion of John Rossel to be made a party is denied because filed too late. The petition for writ of certiorari to the Supreme Court of Ohio is denied. *Mr. Robert W. Newton* for petitioner. *Mr. Joel S. Rhinefort* for respondent.